UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-                        ORDER

                                       Docket No. 25 CR 00493 (KMK)

Rahmell Rashaad Thomas,

            Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

    Elizabeth Quinn, Esq., is to assume representation of the defendant in the above captioned matter as of January 31, 2025. Ms. Quinn is appointed pursuant to the Criminal Justice Act. Her address is Federal Defenders of New York, 81 Main Street, Ste. 300, White Plains, NY 10601, (914) 428-7124, Email: elizabeth_quinn@fd.org

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
        November 6, 2025